22,886

Jan 9 2015

AT ____ FILED ___ AM

JAN 1 4 2015

*Mary Landon*
CLERK, DISTRICT COURT, HUNT CO., TX

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/13/2015 8:49:00 AM
DEBBIE AUTREY
Clerk

My name is Devon Ray Davis SO # 74672

I was sentence to 60 years in prison on December 16, 2014. In Hunt county 196th District courtroom.

I'm ████ Filing For A Appointed APPEAL Attorney Please help me (Devon Ray Davis). My niece chamiera Barksdale 469-644-0590, went to 196th District courtroom they told chamiera they didn't have the paperwork For A court Appointed Appeal Attorney. So I Devon Ray Davis made up one.

My dead line is Wedensday Jan 14, 2015. If you can help me meet this dead line Please just call chamiera Barksdale 469-644-0590.

Thank you!

SCANNED

AT **FILED**

DEC 16 2014

THE STATE OF TEXAS     §     IN THE DISTRICT COURT

§

v.     §

§     OF HUNT COUNTY, TEXAS

DEVON RAY DAVIS     §

§

STATE ID No.: TX 04691485     §     196TH JUDICIAL DISTRICT

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, JOE LEONARD ,Judge of the trial court certify this criminal case:

- ☐ is not a plea bargain case, and the defendant has the right of appeal; or
- ☐ is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived and the defendant has the right of appeal; or
- ☐ is a plea bargain case, but the trial court has given permission to appeal; and the defendant has the right to appeal; or
- ☐ is a plea bargain case, and the defendant has NO right of appeal; or
- ☑ the defendant has waived the right of appeal.

Signed on 12-16-2014.

**HONORABLE JOE LEONARD**
196 TH JUDICIAL DISTRICT COURT

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and I have only thirty (30) days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. PRO. R. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

Defendant (MUST SIGN)

Attorney for Defendant

Mailing Address: N/A     SBN: 24053282

Telephone number: 469-396-6266     Address: 1101 MAIN

COMMERCE, TX 75428

Telephone Number: 903-886-2066

Fax Number: 903-439-1993

1